**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re:<br>NORDIC AVIATION CAPITAL<br>DESIGNATED ACTIVITY COMPANY, *et al.*<br>Debtors. | Case No.: 21-33693-KRH<br>Chapter 11<br><br>(Joint Administration Pending) |

**NOTICE OF APPEARANCE OF COUNSEL FOR
<u>UNITED STATES TRUSTEE</u>**

To the Clerk of the Court:

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, the undersigned hereby appears in the above captioned matter on behalf of the United States Trustee for Region Four, and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given to and served upon the following:

Office of the United States Trustee
Attn: Nicholas S. Herron, Esq.
701 E. Broad Street, Suite 4304
Richmond, Virginia 23219
Attorney Email:  Nicholas.S.Herron@usdoj.gov
U.S. Trustee Email for Richmond Division ECF Service:  USTPRegion04.RH.ECF@usdoj.gov

Dated: December 20, 2021

**JOHN P. FITZGERALD III**
Acting United States Trustee for Region 4

By:  /s/ *Nicholas S. Herron*
Nicholas S. Herron, Trial Attorney
Office of United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
(804) 771-2310
Nicholas.S.Herron@usdoj.gov

Kathryn R. Montgomery, AUST, VSB No. 42380
Shannon F. Pecoraro, Trial Attorney, VSB No. 46864
Jason B. Shorter, Trial Attorney, VSB No. 80929
Nicholas S. Herron, Esq., NJSB No. 03007-2008, PASB No. 208988
Office of the United States Trustee
701 East Broad St., Suite 4304
Richmond, VA 23219
Phone (804) 771-2310
Fax: (804) 771-2330

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2021, I caused this Notice to be filed. Service shall be made electronically by the Court's CM/ECF system.

*/s/ Nicholas S. Herron*