<div style="columns:2">

Edward O. Sassower, P.C. (*pro hac vice* pending)
Emily Geier (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192

Chad J. Husnick, P.C. (*pro hac vice* pending)
David R. Seligman, P.C. (*pro hac vice* pending)
Jaimie Fedell (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

</div>

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORDIC AVIATION CAPITAL DESIGNATED ACTIVITY COMPANY, *et al*.,[1] | ) ) ) | Case No. 21-33693 (KRH) |
| | ) | |
| Debtors. | ) ) | (Joint Administration Requested) |

## AMENDED FIRST DAY AGENDA FOR HEARING ON
## DECEMBER 21, 2021, AT 9:00 A.M. (PREVAILING EASTERN TIME)

**PLEASE TAKE NOTICE** that the following matters are scheduled for hearing by remote video conference on December 21, 2021 at 9:00 a.m. (prevailing Eastern Time). Interested parties who wish to participate by video or audio may do so by registering in advance at:

https://www.zoomgov.com/meeting/register/vJItcuytqzopGgMutCBACQQK3wK5bcKa-Jc

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been requested, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/nac. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 550 Andrews Avenue, Suite 300, Fort Lauderdale, Florida 33301.

KE 76862135

**PLEASE TAKE FURTHER NOTICE** that for parties who wish to attend the hearing, but do not intend on participating in the hearing (listen-only), advance registration is not required and such parties may attend the hearing by using the following dial-in numbers:

| Line 1 | Line 2 |
|---|---|
| Phone Number: 1-866-590-5055 | Phone Number: 1-888-363-4734 |
| Access Code: 4377075 | Access Code: 3238664 |
| Security Code: 122121 | Security Code: 122121 |

### I. INTRODUCTION

1. "Joint Administration Motion" *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 3].

2. "First Day Bickle Declaration" *Declaration of Justin Bickle, Chief Executive Officer of Nordic Aviation Capital A/S and Chairman of the Restructuring Committee, in Support of the Debtors' Chapter 11 Petitions and Restructuring Transactions* [Docket No. 6].

3. "First Day Richards Declaration" *Declaration of Briana Richards in Support of the Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 15].

### II. MOTION TO EXPEDITE

4. "Motion to Expedite First Day Hearing and Approve Form of Commencement" *Debtors' Motion for an Order (I) Setting an Expedited Hearing on "First Day Motions," (II) Approving the Form of Commencement, and (III) Granting Related Relief* [Docket No. 4].

### III. OPERATIONAL MOTIONS

5. "Cash Management Motion" *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Business Forms and Books and Records, and (C) Perform Intercompany Transactions and Grant Administrative Expense Status to Intercompany Transactions and (II) Granting Related Relief* [Docket No. 16].

6. "Vendors Motion" *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of (A) Foreign Claimants, and (B) Lien Claimants, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief* [Docket No. 10].

7. "Wages Motion" *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Compensation, and Benefit Obligations and (B) Continue Employee Compensation and Benefits Programs, and (II) Granting Related Relief* [Docket No. 9].

8. "Motion to Seal" *Debtors' Motion for Entry of an Order Authorizing the Debtors to File Exhibits Under Seal in Connection With the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue to Honor Customer Deposits, Reimbursements, and Other Customer Related Obligations in the Ordinary Course of Business, and (II) Granting Related Relief* [Docket No. 14].

9. "Customer Programs Motion" *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue to Honor Customer Deposits, Reimbursements, and Other Customer Related Obligations in the Ordinary Course of Business, and (II) Granting Related Relief* [Docket Nos. 12 and 13].

10. "Insurance Motion" *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Continue to Pay Certain Brokerage Fees, and (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (II) Granting Related Relief* [Docket No. 7].

11. "Taxes Motion" *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 8].

## IV.   ADMINISTRATIVE MOTIONS

12. "Claims and Noticing Agent Retention Application" *Debtors' Application for Entry of an Order (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtors and (II) Granting Related Relief* [Docket No. 5]

    a. *Declaration of Kate Mailloux in Support of the Debtors' Application for Entry of an Order (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtors and (II) Granting Related Relief* [Docket No. 5, Exhibit C].

13. "SOFA, Schedules, and Creditor Matrix Motion" *Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules and Statements of Financial Affairs and Rule 2015.3 Reports, (II) Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (III) Authorizing the Debtors to File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (IV) Authorizing the Debtors to Redact Certain Personal Identification Information, and (V) Granting Related Relief* [Docket No. 11].

Richmond, Virginia
Dated:   December 20, 2021

/s/ *Jeremy S. Williams*

| | |
|---|---|
| **KUTAK ROCK LLP** | **KIRKLAND & ELLIS LLP** |
| Michael A. Condyles (VA 27807) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Peter J. Barrett (VA 46179) | Edward O. Sassower, P.C. (*pro hac vice* pending) |
| Jeremy S. Williams (VA 77469) | Emily Geier (*pro hac vice* pending) |
| 901 East Byrd Street, Suite 1000 | 601 Lexington Avenue |
| Richmond, Virginia 23219-4071 | New York, New York 10022 |
| Telephone:     (804) 644-1700 | Telephone:     (212) 446-4800 |
| Facsimile:       (804) 783-6192 | Facsimile:       (212) 446-4900 |
| Email:  michael.condyles@kutakrock.com | Email:          edward.sassower@kirkland.com |
|            peter.barrett@kutakrock.com |                      emily.geier@kirkland.com |
|            jeremy.williams@kutakrock.com | |
| | - and - |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | Chad J. Husnick, P.C. (*pro hac vice* pending) |
| | David R. Seligman, P.C. (*pro hac vice* pending) |
| | Jaimie Fedell (*pro hac vice* pending) |
| | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone:     (312) 862-2000 |
| | Facsimile:       (312) 862-2200 |
| | Email:          chad.husnick@kirkland.com |
| |                      david.seligman@kirkland.com |
| |                      jaimie.fedell@kirkland.com |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*