# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| NORDIC AVIATION CAPITAL DESIGNATED ACTIVITY COMPANY, *et al.*,[1] | ) Case No. 21-33693 (KRH) |
| | ) |
| Debtors. | ) (Jointly Administrered) |
| | ) |

**MASTER SERVICE LIST**
**(as of December 22, 2021)** [2]

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been requested, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/nac. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 550 Andrews Avenue, Suite 300, Fort Lauderdale, Florida 33301.

[2] The Master Service List in Excel and label format are available on the Debtors website at https://dm.epiq11.com/nac under "Case Actions."

**DEBTOR/DEBTOR'S COUNSEL**

NORDIC AVIATION CAPITAL DESIGNATED ACTIVITY COMPANY
550 ANDREWS AVENUE, SUITE 300
FORT LAUDERDALE FL 33301

KIRKLAND & ELLIS LLP
(CO-COUNSEL TO PROPOSED DEBTORS)
ATTN: CHAD J. HUSNICK, P.C. & DAVID R. SELIGMAN, P.C.
300 NORTH LASALLE
CHICAGO IL 60654

KUTAK ROCK LLP
(CO-COUNSEL TO PROPOSED DEBTORS)
ATTN: MICHAEL A. CONDYLES, PETER J. BARRETT & JEREMY S. WILLIAMS
901 EAST BYRD STREET, SUITE 1000
RICHMOND VA 23219-4071

**CORE LIST**

OFFICE OF THE UNITED STATES TRUSTEE
C/O KATHRYN R MONTGOMERY, E. GASPARINI, K. MONTGOMERY, J. SHORTER & N. HERRON
701 E BROAD ST, STE 4304
RICHMOND VA 23219
EMAIL: KATHRYN.MONTGOMERY@USDOJ.GOV;
NICHOLAS.S.HERRON@USDOJ.GOV;
USTPREGION04.RH.ECF@USDOJ.GOV;
JASON.B.SHORTER@USDOJ.GOV

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL AD HOC GRP LNDRS-US PRIV PLC NTS)
ATTN: BARRY RUSSELL & EMMA SIMMONDS
TEN BISHOPS SQUARE, 8TH FLOOR
LONDON  E1 6EG
UNITED KINGDOM
EMAIL: BARRY.RUSSELL@AKINGUMP.COM;
EMMA.SIMMONDS@AKINGUMP.COM

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL AD HOC GRP LNDRS-US PRIV PLC NTS)
ATTN: EMMA BUTLER
TEN BISHOPS SQUARE, 8TH FLOOR
LONDON  E1 6EG
UNITED KINGDOM
EMAIL: EMMA.BUTLER@AKINGUMP.COM

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>(COUNSEL AD HOC GRP LNDRS-US PRIV PLC NTS)<br>ATTN: DAVID BOTTER, BRAD KAHN &<br>ABID QURESHI<br>ONE BRYANT PARK; BANK OF AMERICA TOWER<br>NEW YORK NY 10036-6745<br>EMAIL: DBOTTER@AKINGUMP.COM; BKAHN@AKINGUMP.COM;<br>AQURESHI@AKINGUMP.COM | ALLEN & OVERY LLP<br>(COUNSEL TO PFA ASSET MANAGEMENT A/S)<br>ATTN: IAN FIELD & PAUL NELSON<br>ONE BISHOPS SQUARE<br>LONDON  E1 6AD<br>UNITED KINGDOM<br>EMAIL: IAN.FIELD@ALLENOVERY.COM;<br>PAUL.NELSON@ALLENOVERY.COM |
| ALLEN & OVERY LLP<br>(COUNSEL TO PFA ASSET MANAGEMENT A/S)<br>ATTN: RORY WHITE-ANDREWS<br>ONE BISHOPS SQUARE<br>LONDON  E1 6AD<br>UNITED KINGDOM<br>EMAIL: RORY.WHITE-ANDREWS@ALLENOVERY.COM | ALTOR DOMUS<br>AS AGENT-SILVER POINT BILATERAL-EX SMBC<br>15 BOULEVARD F. W. RAIFFEISEN<br>LUXEMBOURG  L-2411<br>LUXEMBOURG<br>EMAIL: AGENCY.EMEA@ALTERDOMUS.COM |
| BAYERISCHE LANDESBANK<br>BRIENNER STRAÁE 18<br>MUNICH  80333<br>GERMANY<br>EMAIL: RICHARD.LAWRYNOWICZ@BAYERNLB.DE;<br>KIRSTIN.MOHR@BAYERNLB.DE;<br>NICOLA.WEGSCHEIDER@BAYERNLB.DE;<br>SEBASTIAN.WITT@BAYERNLB.DE | CITIBANK N.A<br>AS AGENT FOR RCF R-1 AND R-2<br>25 CANADA SQUARE CITIBANK CENTRE<br>LONDON  E14 5LB<br>UNITED KINGDOM<br>EMAIL: EMMA.SHARMA@CITI.COM; NIYATI.PATEL@CITI.COM;<br>ALASDAIR.GARNHAM@CITI.COM;<br>AGENCYABTFSUPPORT@CITI.COM |

CITIBANK, N.A. LONDON
AS AGENT FOR CITIBANK / BAYERISCHE ECA
25 CANADA SQUARE CITIBANK CENTRE
LONDON  E14 5LB
UNITED KINGDOM
EMAIL: KELLY.WESS@CITI.COM

CITIBANK, N.A. LONDON
AS AGENT FOR CITIBANK ECA
25 CANADA SQUARE CITIBANK CENTRE
LONDON  E14 5LB
UNITED KINGDOM
EMAIL: KELLY.WESS@CITI.COM

CREDIT AGRICOLE CORPORATE & INVST BANK
AS AGENT FOR CA-CIB (ECA)
9, QUAI DU PRESIDENT PAUL DOUMER
PARIS LA DEFENSE  92920
FRANCE
EMAIL: FLORENCE.HAZIOT@CA-CIB.COM,
PIERRE-ANTOINE.LEVAYER@CA-CIB.COM,
FRANCOIS.BARBUT@CA-CIB.COM,
JULIEN.SIMOES@CA-CIB.COM,
JEANGUILLAUME.BRES@CA-CIB.COM

DEUTSCHE BANK
AS AGENT FOR DB / KFW (ECA)
23-25 AV. FRANKLIN DELANO ROOSEVELT
PARIS  75008
FRANCE
EMAIL: BRIAN.SCHEIDT@DB.COM;
NATHALIE.MAHLE@DB.COM; TFDM.PARIS@DB.COM;

DEUTSCHE BANK
AS AGENT FOR DEUTSCHE BANK (ECA)
23-25 AV. FRANKLIN DELANO ROOSEVELT
PARIS  75008
FRANCE
EMAIL: BRIAN.SCHEIDT@DB.COM;
NATHALIE.MAHLE@DB.COM; TFDM.PARIS@DB.COM;

FRESHFIELDS BRUCKHAUS DERINGER LLP
(COUNSEL TO CERTAIN OF THE SHAREHOLDERS)
ATTN: KEN BAIRD; SALLY MONTAGUE; L. EBO
100 BISHOPSGATE
LONDON  EC2P 2SR
UNITED KINGDOM
EMAIL: $PROJECTBURGUNDYFBD@FRESHFIELDS.COM

| | |
|---|---|
| HUNTON ANDREWS KURTH LLP<br>ATTN: TYLER P. BROWN, JUSTIN F. PAGET &<br>JENNIFER WUEBKER<br>951 EAST BYRD STREET<br>RICHMOND VA 23219<br>EMAIL: JPAGET@HUNTON.COM; JWUEBKER@HUNTON.COM;<br>TPBROWN@HUNTON.COM | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016<br>EMAIL: MILLIE.H.AGENT@IRS.GOV |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO OFFICE BOX 21126<br>PHILADELPHIA PA 19114<br>EMAIL: MILLIE.H.AGENT@IRS.GOV | INVESTEC<br>AS AGENT FOR NAC 27<br>ATTN: JAMES PATERSON & ROSALIE KERSEY<br>30 GRESHAM STREET<br>LONDON  EC2V 7QP<br>UNITED KINGDOM<br>EMAIL: JAMES.PATERSON@INVESTEC.CO.UK;<br>ROSALIE.KERSEY@INVESTEC.CO.UK;<br>DEREK.WONG@INVESTEC.CO.UK,<br>JOSEPH.BARNWELL@INVESTEC.CO.UK,<br>ROSE.HOWLEY@INVESTEC.CO.UK |
| INVESTEC<br>AS AGENT FOR NAC AVIATION 8 JUNIOR<br>ATTN: JAMES PATERSON & ROSALIE KERSEY<br>30 GRESHAM STREET<br>LONDON  EC2V 7QP<br>UNITED KINGDOM<br>EMAIL: JAMES.PATERSON@INVESTEC.CO.UK;<br>ROSALIE.KERSEY@INVESTEC.CO.UK;<br>DEREK.WONG@INVESTEC.CO.UK,<br>JOSEPH.BARNWELL@INVESTEC.CO.UK,<br>ROSE.HOWLEY@INVESTEC.CO.UK | INVESTEC<br>AS AGENT FOR NAC AVIATION 8 SENIOR<br>ATTN: JAMES PATERSON & ROSALIE KERSEY<br>30 GRESHAM STREET<br>LONDON  EC2V 7QP<br>UNITED KINGDOM<br>EMAIL: JAMES.PATERSON@INVESTEC.CO.UK;<br>ROSALIE.KERSEY@INVESTEC.CO.UK;<br>DEREK.WONG@INVESTEC.CO.UK,<br>JOSEPH.BARNWELL@INVESTEC.CO.UK,<br>ROSE.HOWLEY@INVESTEC.CO.UK |

| | |
|---|---|
| INVESTEC<br>AS AGENT FOR THE SCHULDSCHEIN<br>ATTN: JAMES PATERSON & ROSALIE KERSEY<br>30 GRESHAM STREET<br>LONDON  EC2V 7QP<br>UNITED KINGDOM<br>MAIL: JAMES.PATERSON@INVESTEC.CO.UK;<br>ROSALIE.KERSEY@INVESTEC.CO.UK;<br>DEREK.WONG@INVESTEC.CO.UK,<br>JOSEPH.BARNWELL@INVESTEC.CO.UK,<br>ROSE.HOWLEY@INVESTEC.CO.UK | INVESTEC AVIATION FINANCE<br>AS AGENT FOR THE SCHULDSCHEIN<br>ATTN: JAMES PATERSON & ROSALIE KERSEY<br>30 GRESHAM STREET<br>LONDON  EC2V 7QP<br>UNITED KINGDOM<br>EMAIL: JAMES.PATERSON@INVESTEC.CO.UK;<br>ROSALIE.KERSEY@INVESTEC.CO.UK |
| KFW IPEX-BANK<br>AS AGENT FOR KFW (COMMERCIAL)<br>ZEPPELINALLEE 8<br>FRANKFURT AM MAIN  60325<br>GERMANY<br>EMAIL: DIETER.WYSTEMP@KFW.DE;  DIRK.PETERSEN@KFW.DE | KFW IPEX-BANK<br>AS AGENT FOR KFW (ECA)<br>ZEPPELINALLEE 8<br>FRANKFURT AM MAIN  60325<br>GERMANY<br>EMAIL: DIETER.WYSTEMP@KFW.DE;  DIRK.PETERSEN@KFW.DE |
| KFW IPEX-BANK<br>AS AGENT FOR KFW / CA-CIB (ECA)<br>ZEPPELINALLEE 8<br>FRANKFURT AM MAIN  60325<br>GERMANY<br>EMAIL: DIETER.WYSTEMP@KFW.DE;<br>DIRK.PETERSEN@KFW.DE | LINKLATERS<br>(COUNSEL TO AD HOC GRP LENDERS-REV CR FAC)<br>ATTN: REBECCA JARVIS<br>ONE SILK STREET<br>LONDON  EC2Y 8HQ<br>UNITED KINGDOM<br>EMAIL: REBECCA.JARVIS@LINKLATERS.COM |

| | |
|---|---|
| LINKLATERS<br>(COUNSEL TO AD HOC GRP LENDERS-REV CR FAC)<br>ATTN: R. JARVIS & O. PETROVIC<br>ONE SILK STREET<br>LONDON EC2Y 8HQ<br>UNITED KINGDOM<br>EMAIL: REBECCA.JARVIS@LINKLATERS.COM;<br>OLGA.PETROVIC@LINKLATERS.COM | LINKLATERS<br>(COUNSEL TO AD HOC GRP LENDERS-REV CR FAC)<br>ATTN: MARGOT SCHOONHOLTZ, ROBERT TRUST &<br>CHRISTOPHER HUNKER<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104<br>EMAIL: MARGOT.SCHONHOLTZ@LINKLATERS.COM;<br>ROBERT.TRUST@LINKLATERS.COM;<br>CHRISTOPHER.HUNKER@LINKLATERS.COM |
| MCGUIRE WOODS LLP<br>(COUNSEL TO AD HOC GRP LENDERS-SR CR FAC)<br>ATTN: K. ELIZABETH SIEG & SARAH B. BOEHM<br>GATEWAY PLAZA; 800 EAST CANAL ST<br>RICHMOND VA 23219<br>EMAIL: BSIEG@MCGUIREWOODS.COM;<br>SBOEHM@MCGUIREWOODS.COM | MILBANK LLP<br>ATTN: JAMES CAMERON, YUSHAN NG<br>& KAREN MCMASTER<br>10 GRESHAM STREET<br>LONDON EC2V 7JD<br>UNITED KINGDOM<br>EMAIL: JCAMERON@MILBANK.COM; YNG@MILBANK.COM;<br>KMCMASTER@MILBANK.COM |
| MILBANK LLP<br>ATTN: NELLY ALMEIDA & GERARD UZZI<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>EMAIL: NALMEIDA@MILBANK.COM; GUZZI@MILBANK.COM | MUFG<br>AS AGENT FOR FPG DVB JOLCOS<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1104<br>EMAIL: AVIATION-PORTFOLIO-MANAGEMENT@UK.MUFG.JP,<br>LOANAGENCY@UK.MUFG.JP |

| | |
|---|---|
| NATIONAL ASSOC OF ATTORNEYS GENERAL<br>1850 M STREET NW, 12TH FLOOR<br>WASHINGTON DC 20036<br>EMAIL: SUPPORT@NAAG.ORG | NEW YORK LIFE INSURANCE COMPANY<br>& NEW YORK LIFE INSURANCE & ANNUITY CORP<br>ATTN: STRUCTURED FINANCE GROUP<br>51 MADISON AVENUE, 2ND FLOOR<br>NEW YORK NY 10010<br>EMAIL: EDWARD_FITZGERALD@NYLINVESTORS.COM,<br>ELENA_SERDYUK@NYLINVESTORS.COM,<br>JOSEPH_MOURIDY@NYLINVESTORS.COM,<br>SCOTT_SEEWALD@NYLINVESTORS.COM |
| SECURITIES EXCHANGE COMMISSION<br>OFFICE OF THE GENERAL COUNSEL<br>100 F STREET, NE<br>WASHINGTON DC 20549<br>EMAIL: HELP@SEC.GOV | SECURITIES EXCHANGE COMMISSION<br>ATTN: RICHARD BEST, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022<br>EMAIL: NEWYORK@SEC.GOV |
| SECURITIES EXCHANGE COMMISSION<br>ATTN: SCOTT THOMPSON, REGIONAL DIRECTOR<br>ONE PENN CENTER<br>1617 JOHN F KENNEDY BLVD, STE 520<br>PHILADELPHIA PA 19103<br>EMAIL: PHILADELPHIA@SEC.GOV | STATE OF FLORIDA ATTORNEY GENERAL<br>PL 01 THE CAPITOL<br>TALLAHASSEE FL 32399-1050<br>EMAIL: OAG.CIVIL.ESERVE@MYFLORIDALEGAL.COM |

Case 21-33693-KRH    Doc 97    Filed 12/22/21    Entered 12/22/21 21:15:56    Desc Main
Document    Page 8 of 17

| | |
|---|---|
| STATE OF OKLAHOMA ATTORNEY GENERAL<br>ATTN: MIKE HUNTER<br>313 NE 21ST ST<br>OKLAHOMA CITY OK 73105<br>EMAIL: CONSUMERPROTECTION@OAG.OK.GOV | STATE OF UTAH ATTORNEY GENERAL<br>ATTN: SEAN D. REYES<br>350 N STATE ST, STE 230<br>SALT LAKE CITY UT 84114-2320<br>EMAIL: UAG@AGUTAH.GOV |
| STATE OF UTAH ATTORNEY GENERAL<br>ATTN: SEAN D. REYES<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320<br>EMAIL: UAG@AGUTAH.GOV | U.S. DEPARTMENT OF JUSTICE<br>ATTN: ATTORNEY GENERAL MERRICK B. GARLAND<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001<br>EMAIL: ASKDOJ@USDOJ.GOV |
| US ATTORNEY EASTERN DISTRICT VIRGINIA<br>ATTN: JUSTIN W. WILLIAMS<br>UNITED STATES ATTORNEYS BUILDING<br>2100 JAMIESON AVE<br>ALEXANDRIA VA 22314<br>EMAIL: USAVAE.WEBMASTER@USDOJ.GOV | WEIL, GOTSHAL & MANGES LLP<br>(COUNSEL TO AD HOC GRP LENDERS-SR CR FAC)<br>ATTN: JENNY DAVIDSON<br>110 FETTER LANE<br>LONDON  EC4A 1AY<br>UNITED KINGDOM<br>EMAIL: JENNY.DAVIDSON@WEIL.COM |

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>(COUNSEL TO AD HOC GRP LENDERS-SR CR FAC)<br>ATTN: NEIL DEVANEY & ANDREW WILKINSON<br>110 FETTER LANE<br>LONDON  EC4A 1AY<br>UNITED KINGDOM<br>EMAIL: NEIL.DEVANEY@WEIL.COM;<br>ANDREW.WILKINSON@WEIL.COM | WEIL, GOTSHAL & MANGES LLP<br>(COUNSEL TO AD HOC GRP LENDERS-SR CR FAC)<br>ATTN: MATT BARR, KELLY DIBLASI & DAVID COHEN<br>767 FIFTH AVENUE<br>NEW YORK NY 10153-0119<br>EMAIL: MATT.BARR@WEIL.COM; KELLY.DIBLASI@WEIL.COM;<br>DAVIDJ.COHEN@WEIL.COM |
| WELLS FARGO<br>420 MONTGOMERY STREET<br>SAN FRANCISCO CA 94104<br>EMAIL: WILLIAM.EUSTIS@WELLSFARGO.COM | WILMINGTON TRUST (LONDON) LIMITED<br>AS AGENT FOR BNPP FAC A AND BNPP FAC B<br>ATTN: JACK ELMS-LESTER<br>THIRD FLOOR, 1 KING'S ARMS YARD<br>LONDON  EC2R 7AF<br>UNITED KINGDOM<br>EMAIL: JELMS-LESTER@WILMINGTONTRUST.COM;<br>LOANAGENCYLONDON@WILMINGTONTRUST.COM;<br>CHURFORD@WILMINGTONTRUST.COM |
| WILMINGTON TRUST (LONDON) LIMITED<br>AS AGENT FOR DB NIGHTJAR<br>ATTN: JACK ELMS-LESTER<br>THIRD FLOOR, 1 KING'S ARMS YARD<br>LONDON  EC2R 7AF<br>UNITED KINGDOM<br>EMAIL: JELMS-LESTER@WILMINGTONTRUST.COM;<br>LOANAGENCYLONDON@WILMINGTONTRUST.COM;<br>CHURFORD@WILMINGTONTRUST.COM | WILMINGTON TRUST (LONDON) LIMITED<br>AS AGENT FOR DBJ 3Y AND DBJ 4Y<br>ATTN: JACK ELMS-LESTER<br>THIRD FLOOR, 1 KING'S ARMS YARD<br>LONDON  EC2R 7AF<br>UNITED KINGDOM<br>EMAIL: JELMS-LESTER@WILMINGTONTRUST.COM;<br>LOANAGENCYLONDON@WILMINGTONTRUST.COM;<br>CHURFORD@WILMINGTONTRUST.COM |

WILMINGTON TRUST (LONDON) LIMITED
AS AGENT FOR KDB BILATERAL
ATTN: JACK ELMS-LESTER
THIRD FLOOR, 1 KING'S ARMS YARD
LONDON  EC2R 7AF
UNITED KINGDOM
EMAIL: JELMS-LESTER@WILMINGTONTRUST.COM;
LOANAGENCYLONDON@WILMINGTONTRUST.COM;
CHURFORD@WILMINGTONTRUST.COM

WILMINGTON TRUST (LONDON) LIMITED
AS AGENT-FPG AND DEUTSCHE BANK-JOLCOS
ATTN: JACK ELMS-LESTER
THIRD FLOOR, 1 KING'S ARMS YARD
LONDON  EC2R 7AF
UNITED KINGDOM
EMAIL: JELMS-LESTER@WILMINGTONTRUST.COM;
LOANAGENCYLONDON@WILMINGTONTRUST.COM;
CHURFORD@WILMINGTONTRUST.COM

WILMINGTON TRUST LONDON LTD
THIRD FLOOR 1 KINGS ARMS YARD
LONDON  EC2R 7AF
UNITED KINGDOM
EMAIL: INQUIRIES@WILMINGTONTRUST.COM

**TOP 30**

AIR PHILIPPINES CORPORATION
ATTN: JOSEPH ELI TAN
ADMIN. BUILIDNG, PAL GATE 1, ANDREWS AVE
PASAY CITY
MANILA  1300
PHILIPPINES
EMAIL: JOSEPHELI_TAN@PAL.COM.PH

ALITALIA SOCIETA AEREA ITALIANA S.P.A.
ATTN: ATTORNEYS LUIGI FARENGA
FRANCESCO ASTONE & VALERIO DI GRAVIO
VIA A. NASSETTI, BLDG ALFA
FIUMICINO, ROME  00054
ITALY
EMAIL: LUIGI.FARENGA@UNIPG.IT,
FRANCESCO.ASTONE@ASTONEASSOCIATI.IT,
VALERIO.DIGRAVIO@STUDIODIGRAVIO.COM

APD AIRPLANE DELIVERY
ATTN: JESSICA CLEMENCON
135 AVENUE DES COMMINGES
CUGNAUX  31270
FRANCE
EMAIL: JCU@AIRPLANE.AERO

ASCENT AVIATION SERVICES, LLC
ATTN: MIKE SCOTT
7001 S PARK AVE
TUCSON AZ 85756
EMAIL: MSCOTT@ASCENTMRO.COM

AVIONS DE TRANSPORT REGIONAL G.I.E.
ATTN: BARBARA MOREAU
1 ALLEE PIERRE NADOT
BLAGNAC CEDEX  31712
FRANCE
EMAIL: BARBARA.MOREAU@ATR-AIRCRAFT.COM

AZERBAIJAN AIRLINE
ATTN: ALADDIN GULIYEV
HEYDAR ALIYEV INTERNATIONAL AIRPORT
BAKU, AZ  1044
AZERBAIJAN
EMAIL: ALADDIN.GULIYEV@AIRPORT.AZ

COOPERSA RL
ATTN: ALBERTO ZUNIGA
300 METROS OESTE DEL AEROPUERTO
INTERNATIONAL JUAN SANTAMARIA
ALAJUELA
COSTA RICA
EMAIL: AZUNIGA@COOPESA.COM

DE HAVILLAND AIRCRAFT OF CANADA LTD
ATTN: MURAHARY GOLLA
123 GARRATT BLVD
TORONTO ON M3K 1Y5
CANADA
EMAIL: MURAHARY.GOLLA@DEHAVILLAND.COM

DIRECT MAINTENANCE BV
ATTN: VICTORIA GOODENOUGH
FOKKERWEG 195
OUDE MEER  1438BG
NETHERLANDS
EMAIL: VICTORIA.GOODENOUGH@DIRECTMAINTENANCE.AERO

| | |
|---|---|
| EMBRAER AIRCRAFT MAINTENANCE SERVICES<br>ATTN: NEAL REAGOR<br>150 EAST DRIVE<br>MACON GA 31216<br>EMAIL: NREAGOR@EMBRAER.NET.BR | FOCUS.AERO APS<br>ATTN: TOLJA HENNINGSEN<br>HORRELUNDVEJ 4<br>THEM  8653<br>DENMARK<br>EMAIL: TH@FOCUS.AERO |
| FOKKER SERVICES ASIA PTE. LTD.<br>ATTN: ERIC LIM<br>1800 WEST CAMP RD<br>SELETAR AEROSPACE PARK<br>SINGAPORE  797521<br>SINGAPORE | HONEYWELL INTERNATIONAL INC<br>ATTN: CHIEF FINANCIAL OFFICER<br>23500 W 105TH STREET<br>OLATHE KS 66061<br>EMAIL: HONEYWELL.ACCOUNTS.PAYABLE@HONEYWELL.COM |
| LUFTHANSA TECHNIK AERO ALZEY<br>ATTN: KATRIN BOMMERSHEIM<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY<br>EMAIL: KATRIN.BOMMERSHEIM@LHAERO.COM | MAASTRICHT AVIATION AIRCRAFT SERVICES BV<br>ATTN: CHIEF FINANCIAL OFFICER<br>HORSTERWEG 25<br>AC MAASTRICHT  6199<br>NETHERLANDS<br>EMAIL: APMAASUS@MAASAVIATION.COM |

| | |
|---|---|
| MAGNETIC MRO AS<br>ATTN: KASPARS PODINS<br>VAIKE-SOJAMAE 1A<br>TALLINN  11415<br>ESTONIA<br>EMAIL: KASPARS.PODINS@MAGNETICMRO.COM | MTU AERO ENGINES AG<br>ATTN: MATTHIAS KLEPSCH<br>DACHAUER STR. 665<br>MUNCHEN  80995<br>GERMANY<br>EMAIL: MATTHIAS.KLEPSCH@MTU.DE |
| PARK AVIATION LIMITED<br>ATTN: NIALL DUGGAN<br>UNIT 2.1, BLOCK 2 WOODFORD BUSINESS PARK<br>SANTRY<br>DUBLIN  D17 E925<br>IRELAND<br>EMAIL: NIALL.DUGGAN@CAE.COM | PFA PENSION, FORSIKRINGSAKTIESELSKAB<br>ATTN: LARS HOUGAARD<br>SUNDKROGSGADE 4<br>COPENHAGEN  2100<br>DENMARK<br>EMAIL: LHR@PFA.DK |
| PRATT & WHITNEY CANADA (SEA) PTE LTD<br>ATTN: LINDA TAN<br>10 LOYANG CRESCENT<br>SINGAPORE  509010<br>SINGAPORE<br>EMAIL: LINDA.TAN@PWC.CA | PRATT AND WHITNEY CANADA<br>ATTN: FIRAS HUSSEIN<br>1000 MARIE-VICTORIN<br>LONGUEIL QC J4G 1A1<br>CANADA<br>EMAIL: FIRAS.HUSSEIN@PWC.CA |

PT GAPURA ANGKASA
ATTN: ARIYO TRI WULANDARU
GEDUNG DAPENRA LT.1-3 JL. ANGKASA BLOK
B12 KAV.8, KOTABARU BANDAR KEMAYORAN
JAKARTA PUSAT  10610
INDONESIA
EMAIL: ARIYOTW@GAPURA.ID

PT TOBE AVIASI INDONESIA TMB AVIATION
ATTN: TOMMY WIBOWO
GREEN OFFICE PARK ONE, 6TH FL, STE 620
BSD CITY
TANGERANG  15345
INDONESIA
EMAIL: TOMMY.WIBOWO@TBMAVIATION.COM

RHEINLAND AIR SERVICES GMBH
ATTN: DETLEF FLINTZ
FLUGHAFENSTRASSE 31
MONCHENGLADBACH  41066
GERMANY
EMAIL: D.FLINTZ@RAS.DE

SAMCO AIRCRAFT MAINTENANCE BV
ATTN: ANDRE VELDA
HORSTERWEG 19
AC MAASTRICHT AIRPORT  6199
NETHERLANDS
EMAIL: VELDA.A@SAMCO.AERO

SKYON AEROENGINEERING
ATTN: CAMILO VANEGS
TRANSV 75
BOGOTA  83C-03
COLOMBIA
EMAIL: CAMILO.VANEGAS@SKYON.COM.CO

SKYSERVICE FBO
ATTN: PEDRO CARVALHO
6120 MIDFIELD ROAD
MISSISSAUGA ON L5P 1B1
CANADA
EMAIL: PEDRO_CARVALHO@SKYSERVICE.COM

| | |
|---|---|
| STANDARDAERO FRANCE<br>ATTN: WORHIYA DIALLO<br>1 BOULEVARD DU 19 MARS 1962<br>GONESSE CEDEX  95500<br>FRANCE<br>EMAIL: WORHIYA.DIALLO@STANDARDAERO.COM | TITAN INTERNATIONAL FINANCE LTD<br>C/O FAFINSKI MARK & JOHNSON, P.A.<br>ATTN: KEVIN J. JOHNSON<br>788-790 FINCHLEY ROAD<br>LONDON  NW11 7TJ<br>UNITED KINGDOM<br>EMAIL: KEVIN.JOHNSON@FMJLAW.COM |
| WOJSKOWE ZAKLADY LOTNICZE NR 2 S.A.<br>ATTN: ROBERT GROCHOWSKI<br>UL. SZUBINSKA 107<br>BYDGOSZCZ  85-915<br>POLAND<br>EMAIL: R.GROCHOWSKI@WZL2.MIL.PL | **NOTICE OF APPEARANCE**<br><br>ALLEN & OVERY LLP<br>(COUNSEL FOR BPIFRANCE ASSURANCE & SACE S.P.A.)<br>ATTN: KEN COLEMAN, CHRISTOPHER NEWCOMB,<br>JONATHAN CHO<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020<br>EMAIL: KEN.COLEMAN@ALLENOVERY.COM;<br>CHRIS.NEWCOMB@ALLENOVERY.COM;<br>JONATHAN.CHO@ALLENOVERY.COM |
| BLANK ROME LLP<br>(COUNSEL TO SILVER AIRWAYS, LLC)<br>ATTN: JEFFREY RHODES, NAMRATA LOOMBA<br>INTERNATIONAL SQUARE<br>1825 EYE STREET NW<br>WASHINGTON DC 20006<br>EMAIL: JEFFREY.RHODES@BLANKROME.COM;<br>NAMRATA.LOOMBA@BLANKROME.COM | KTBS LAW LLP<br>(COUNSEL TO SILVER AIRWAYS, LLC)<br>ATTN: MICHAEL L. TUCHIN, JONATHAN M. WEISS<br>DAVID A. FIDLER<br>1801 CENTURY PARK EAST, 26TH FL<br>LOS ANGELES CA 90067<br>EMAIL: MTUCHIN@KTBSLAW.COM;<br>JWEISS@KTBSLAW.COM;<br>DFIDLER@KTBSLAW.COM |

| | |
|---|---|
| WHITEFORD, TAYLOR & PRESTON L.L.P.<br>(COUNSEL TO NAC 29 FACILITIES GROUP)<br>ATTN: CHRISTOPER A. JONES<br>TWO JAMES CENTER<br>1021 E. CARY STREET, SUITE 1700<br>RICHMOND VA 23219<br>EMAIL: CAJONES@WTPLAW.COM | WILLIAMS MULLEN<br>(COUNSEL TO BPIFRANCE ASSURANCE AND SACE S.P.A)<br>ATTN: MICHAEL MUELLER, JENNIFER MCLEMORE,<br>BENNETT EASTHAM<br>200 SOUTH 10TH ST, STE 1600<br>RICHMOND VA 23219-3095<br>EMAIL: MMUELLER@WILLIAMSMULLEN.COM;<br>JMCLEMORE@WILLIAMSMULLEN.COM;<br>BEASTHAM@WILLIAMSMULLEN.COM |
| WOODS ROGERS PLC<br>(COUNSEL TO THE NAC 29 NOTEHOLDER GROUP)<br>ATTN: MICHAEL E. HASTINGS, JUSTIN SIMMONS<br>901 EAST BYRD STREET, STE 1550<br>RICHMOND VA 23219<br>EMAIL: MHASTINGS@WOODSROGERS.COM;<br>JSIMMONS@WOODSROGERS.COM | |